# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D21-2430

_____

JEREMIE O. PETERS,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Holmes County.
Timothy Register, Judge.

September 9, 2022


PER CURIAM.

   AFFIRMED.

ROBERTS, OSTERHAUS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Kerry Adkison of Kerry Adkison, P.A., Chipley, for Appellant.

Ashley Moody, Attorney General, and Robert "Charlie" Lee, Assistant Attorney General, Tallahassee, for Appellee.